No. 10-10182. Carnell McCreary, Petitioner v. Jennifer Granholm, et al.

564 U.S. 1042, 131 S. Ct. 3072, 180 L. Ed. 2d 896, 2011 U.S. LEXIS 4931.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-10186. Pierre James, Petitioner v. David Rednour.

564 U.S. 1042, 131 S. Ct. 3072, 180 L. Ed. 2d 896, 2011 U.S. LEXIS 4946.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 10-10187. Jerome A. Williams, Petitioner v. Ralph Hooks, Warden.

564 U.S. 1042, 131 S. Ct. 3072, 180 L. Ed. 2d 896, 2011 U.S. LEXIS 4863,

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 408 Fed. Appx. 307.

No. 10-10191. Ronald Edward Oyenik, Petitioner v. Thomas Schaff, et al.

564 U.S. 1042, 131 S. Ct. 3073, 180 L. Ed. 2d 896, 2011 U.S. LEXIS 4853.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-10193. Christina Martinez, Petitioner v. Texas.

564 U.S. 1042, 131 S. Ct. 3073, 180 L. Ed. 2d 896, 2011 U.S. LEXIS 4930.

June 27, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 330 S.W.3d 891.

No. 10-10199. Richard Duell, Petitioner v. James Conway, Superintendent, Attica Correctional Facility.

564 U.S. 1042, 131 S. Ct. 3073, 180 L. Ed. 2d 896, 2011 U.S. LEXIS 4886.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-10201. Timothy Russell, Petitioner v. California.

564 U.S. 1042, 131 S. Ct. 3073, 180 L. Ed. 2d 896, 2011 U.S. LEXIS 4910.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 50 Cal. 4th 1228, 117 Cal. Rptr. 3d 615, 242 P.3d 68.

No. 10-10204. Stephen M. St. John, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.

564 U.S. 1042, 131 S. Ct. 3073, 180 L. Ed. 2d 896, 2011 U.S. LEXIS 4949.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.